# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2400
LT Case Nos. 2020-300710-CFDB

———————————————

DILLON CALISI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Eddie J. Bell, , of the Law Office of Eddie J. Bell, Daytona Beach, for Appellant.

Dillon Calisi, Crestview, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

January 16, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————